IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| Uni-Marts, LLC, *et al.*,[1] ) | Case No. 08-11037 (MFW) |
| ) | |
| ) | (Jointly Administered; Plan Confirmed) |
| Debtors. ) | |
| ) | |
| ) | Re: D.I. 1887 |

**ORDER AND FINAL DECREE CLOSING CASE AND GRANTING
RELATED RELIEF INCLUDING (I) AUTHORIZATION TO MAKE DE
MINIMIS DISTRIBUTIONS TO CERTAIN GENERAL UNSECURED CREDITORS
OF UNI-MARTS, LLC OR, IN THE ALTERNATIVE, TO DONATE REMAINING
FUNDS IN TRUST TO CHARITY, (II) APPROVAL OF THE IMMEDIATE
DESTRUCTION OF REMAINING BOOKS AND RECORDS, (III) RELEASING
THE TRUST, TRUSTEE AND AGENTS PURSUANT TO THE PLAN AND
LIQUIDATING TRUST AGREEMENT, AND (IV) CERTAIN RELATED RELIEF**

Upon the motion (the "Motion"), of the Uni-Marts Liquidation Trust (the "Trust") seeking an order under sections 105(a), 350 and 554 the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 closing the UM Case as of December 31, 2014; and the Court having been satisfied that the Debtors have achieved consummation of their Plan; and it appearing that the UM Case has been fully administered to the extent possible; and it appearing that proper and adequate notice and service of the Motion has been given under the circumstances and that no other or further notice or service is necessary; and upon the record herein; and the Court having jurisdiction over the subject matter of the Motion and the parties pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested

---

[1] The above captioned debtors (the "Debtors") are the following: Uni-Marts, LLC, Uni-Marts Ohio, LLC, Uni Realty of Wilkes-Barre, Inc., Uni Realty of Wilkes-Barre, L.P., Uni Realty of Luzerne, Inc., Uni Realty of Luzerne, L.P., and Green Valley National Accounts, LLC.

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion or, if not defined therein, in the Plan.

3. Pursuant to 11 U.S.C. § 350, the chapter 11 case of debtor Uni-Marts, LLC, Case No. 08-11037 (MFW) is hereby closed effective as of December 31, 2014.

4. To the extent not already paid, the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930(a) shall be paid within seven (7) business days of the date of the entry of this Order.

5. This Order is without prejudice to the U.S. Trustee's or any other party's right to file a motion to re-open any case or cases.

6. After the closing of the UM Case, the Trust is authorized to distribute the funds remaining in the Trust, after payment of the Trust obligations, to the Proposed Distributees on Exhibit 1 hereto (collectively, the "Proposed Distributees"); provided that, (i) to the extent a distribution of the funds remaining in the Trust to any Proposed Distributee would be less than $50, no such distribution will be made; and (ii) if (a) the Trust is unable to locate or obtain necessary tax information for any Proposed Distributee, (b) any Proposed Distributee fails to cash its distribution check within 45 days of the Trust mailing such checks, or (c) any funds remain in the Trust after distributions are made and Trust obligations are paid, the Trust is

authorized in its sole discretion to donate any remaining funds to a charitable organization, entity or fund.

7. After the closing of the UM Case, the Trust is authorized to abandon and destroy the Records upon entry of this Order, and the Trust's compliance with any applicable local, state, and federal record retention laws, rules and ordinances is hereby waived.

8. Upon completion of the distributions/donations authorized herein, the Trust, Liquidation Trustee and each of their agents and employees (including without limitation their professionals) are hereby relieved of any further duties, and discharged and released from all liability, related to the Liquidation Trust and/or the Debtors' bankruptcy cases.

Dated: December 30, 2014
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE